Marc A. Lieberman, Esq. (SBN 157318)　　　　　　　　　　JS-6
Alan W. Forsley, Esq. (SBN 180958)
FREDMAN | LIEBERMAN, LLP
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone:  (310) 284-7350
Facsimile:　 (310) 284-7352

Attorneys for Debtor and Appellant Curtis Gatlin

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CURTIS GATLIN<br><br>　　　　　　　　　　Debtor.<br><br>──────────────────<br><br>CURTIS GATLIN<br><br>　　　　　　　　　　Appellant,<br><br>　　v.<br><br>KARL T. ANDERSON, CHAPTER 7 TRUSTEE,<br><br>　　　　　　　　　　Appellee. | District Court Case Number:<br>EDCV 07-01469 VBF<br><br>Hon. Valerie Baker Fairbank<br><br><br><br>Bankruptcy Court Case Number:<br>RV 07-12952 MJ<br><br>**CURTIS GATLIN'S RESPONSE TO COURT'S SETTING A STATUS CONFERENCE AND ORDER TO SHOW CAUSE**<br>　**\*\*ORDER OF DISMISSAL\*\***<br>Hearing:<br>Date: October 27, 2008<br>Time: 9:00 a.m.<br>Place: Room 9 |

---

1

Curtis Gatlin's Response to Court's Status Conference and Order to Show Cause

Appellant Curtis Gatlin files this response to the court's setting a status conference and order to show cause for October 27, 2008.  At the prior status conference, counsel indicted to the Court that a Motion for Order Re: Authorize Chapter 7 Trustee to Enter In Settlement Agreement to settle this case was filed with the bankruptcy court.  On October 22, 2008, the bankruptcy court granted the motion and signed its order.  Attached as Exhibit "A" is a copy of the bankruptcy court's order.

Now that this matter has been settled and approved by the bankruptcy court, Appellant Curtis Gatlin respectfully requests that the October 27, 2008 hearing date be taken off calendar and that this appeal be dismissed.

DATED:  October 24, 2008                    FREDMAN | LIEBERMAN LLP

By: _____
MARC A. LIEBERMAN
ALAN W. FORSLEY
Attorneys for Debtor and Appellant
Curtis Gatlin

This action is hereby dismissed in its entirety.

October 24, 2008                    _____
                                    Hon. Valerie Baker Fairbank